UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| Naomi Anderson,<br><br>               Plaintiff,<br>v.<br><br>Credit Collection Services; and DOES 1-10, inclusive,<br><br>               Defendant. | Civil Action No.: 10-cv-1388 JFM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 18, 2010

                                            Respectfully submitted,
                                            By /s/ Forrest E. Mays
                                            Forrest E. Mays (Bar No. 07510)
                                            1783 Forest Drive, Suite 109
                                            Annapolis, MD 21401
                                            Telephone: (410) 267-6297
                                            Facsimile: (410) 267-6234
                                            Email: mayslaw@mac.com

                                            Of Counsel To
                                            LEMBERG & ASSOCIATES L.L.C.
                                            A Connecticut Law Firm
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile: (877) 795-3666
                                            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Forrest E. Mays_____

                                            Forrest E. Mays