UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

_____

Naomi Anderson,

                Plaintiff,

v.

Credit Collection Services; and DOES 1-10, inclusive,

                Defendant.
_____

Civil Action No.: 10-cv-1388 JFM

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Credit Collection Services with prejudice and without costs to any party.

| Naomi Anderson | Credit Collection Services |
|---|---|
| /s/ Forrest E. Mays | /s/ Armand Della Porta |
| Forrest E. Mays (Bar No. 07510) | Armand J Della Porta, Jr. |
| 1783 Forest Drive, Suite 109 | Marshall Dennehey Warner Coleman and Goggin |
| Annapolis, MD 21401 | 1220 N Market St., Fifth Floor |
| Telephone: (410) 267-6297 | P.O. Box 8888 |
| Fascimile: (410) 267-6234 | Wilmington, DE 19899 |
| Email: mayslaw@mac.com | Telephone: (302) 552-4323 |
| Attorney for Plaintiff | Facsimile: (302) 651-7905 |
| | Email: ajdellaporta@mdwcg.com |
| | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 10, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Forrest E. Mays_____
                  Forrest E. Mays